**Mandel Brothers, appellee, v. Waldes & Company, Inc., appellant. Gen. No. 28,059.**

Attachment suit for breach of written contract for advertising and requesting customers to use Koh-I-Noor-dress fasteners. Attachment levied and judgment on main issue for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. S. Ludlow, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Norman K. Anderson and Benjamin Clarke, for appellant. Albert S. Louer and Mergentheim, Altheimer & Mayer, for appellee; Grover C. McLaren, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Gustave Rehfeldt, appellee, v. A. W. Meyer, appellant. Gen. No. 28,080.**

Suit for personal injuries to bicycle rider by collision with automobile driven by defendant. Judgment for plaintiff for $700. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Castle, Williams, Long & Castle, for appellant; Howard P. Castle, of counsel. Charles C. Bodenstab, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**A. Goldsmith Company, Inc., appellee, v. George M. Lobell et al., on appeal of Charles F. Lobell Company, appellant. Gen. No. 28,089.**

Suit on account stated. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923. Rehearing denied January 9, 1924.

Bowles & Bowles, for appellant; Edmond W. Pottle, of counsel. Moses, Rosenthal & Kennedy, for appellee; Herbert H. Kennedy, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.